UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LORENZO VILLALPANDO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:12-cv-09498 |
| | ) | |
| GC SERVICES, LP, | ) | Honorable Robert M. Down, Jr. |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO DISMISS

Plaintiff, LORENZO VILLALPANDO ("Plaintiff"), and Defendant, GC SERVICES LP, ("Defendant"), through counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

Respectfully submitted,

February 26, 2013           By: /s/ Michael S. Agruss
                            Michael S. Agruss
                            Agruss Law Firm, LLC
                            22 W. Washington Street
                            Suite 1500
                            Chicago, IL 60602
                            Tel: 312-224-4695
                            Fax: 312-253-4451
                            michael@agrusslawfirm.com
                            Attorney for Plaintiff

1

February 26, 2013               Respectfully submitted,


                                    By: /s/ Carlos A. Ortiz_____
                                          **Carlos A. Ortiz**
                                          Attorney Bar No. 1053895
                                          **David M. Schultz**
                                          Attorney Bar No. 6197596
                                          **HINSHAW & CULBERTSON LLP**
                                          222 N. LaSalle, Suite 300
                                          Chicago, IL 60601
                                          Telephone: 312-704-3000
                                          Facsimile: 312-704-3001
                                          dschultz@hinshawlaw.com
                                          cortiz@hinshawlaw.com
                                          *Attorneys for GC Services, LP*


## **CERTIFICATE OF SERVICE**

     I certify that on February 26, 2013, a copy of the foregoing was filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                            By:/s/Michael S. Agruss_____
                                                 Michael S. Agruss